**In the Interest of G.R.R.**

No. 53206.

Missouri Court of Appeals,
Eastern District,
Division One.

June 28, 1988.

Richard J. Fredrick, Paris, for appellant.

Craig Vaughn Evans, Paris, for respondent.

Gerald Doty, Hannibal, pro se.

### ORDER

**PER CURIAM.**

Appellant, G.R.R., appeals the decision of the Circuit Court of Monroe County, finding him to be in violation of § 211.031 (1986) of the Juvenile Code by committing second degree burglary, second degree property damage and third degree assault. An extended opinion on the issues raised in this appeal would have no jurisprudential value. We affirm. Rule 84.16(b).